**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

BEVERLY A. MULL V. ABBOTT LABORATORIES

**FILED**
**DECEMBER 11, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6965**

JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, BEVERLY A. MULL

| | |
|---|---|
| NAME (Type or print) Dean B. Chalmers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Dean B. Chalmers | |
| FIRM Chalmers & Nagel, P.C. | |
| STREET ADDRESS 100 W. Kinzie, Suite 250 | |
| CITY/STATE/ZIP Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6215864 | TELEPHONE NUMBER (312) 346-0880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |