IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BEVERLEY A. MULL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 07 C 6965 |
| v. | ) | Judge Castillo |
| | ) | Magistrate Judge Ashman |
| **ABBOTT LABORATORIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

TO:    Stuart M. Nagel
         Chalmers & Nagel, P.C.
         100 West Kinzie, Suite 250
         Chicago, Illinois 60610
         (312) 346-0880

**PLEASE TAKE NOTICE** that on February 13, 2008 at 9:45AM, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Ruben Castillo in Courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Defendant's 12(b)(6) Motion to Dismiss**, a copy of which is attached hereto.

DATED: February 8, 2008

                                          ABBOTT LABORATORIES

                                          By:  /s/ Kerry K. Donovan
                                                One of Its Attorneys

David E. Morrison
Kerry K. Donovan
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 8, 2008, she caused a true copy of **Notice of Defendant's 12(b)(6) Motion to Dismiss** to be served via the U.S. District Court's electronic notification system upon:

>Stuart M. Nagel
>Chalmers & Nagel, P.C.
>100 West Kinzie, Suite 250
>Chicago, Illinois 60610
>(312) 346-0880


>/s/ Kerry K. Donovan