UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Beverly A. Mull
                          Plaintiff,

v.                                        Case No.: 1:07–cv–06965
                                                  Honorable Ruben Castillo

Abbott Laboratories
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

      MINUTE entry before Judge Ruben Castillo :Defendant's 12(b)(6) motion to dismiss [10] is entered and continued to 2/14/2008 at 9:00 AM. Motion hearing set for 2/13/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.