**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Beverly A. Mull
                    Plaintiff,

v.                                              Case No.: 1:07−cv−06965
                                                              Honorable Ruben Castillo

Abbott Laboratories
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Ruben Castillo: Motion hearing held on 2/19/2008. Plaintiff to respond to Defendant's 12(b)(6) motion to dismiss [10] by 3/17/2008. Defendant to reply by 3/31/2008. Ruling will be by mail. Mailed notice by judge';s staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.