IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEVERLY A. MULL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 C 6965 |
| ) | |
| ABBOTT LABORATORIES, ) | Judge Castillo |
| ) | Magistrate Judge Ashman |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE HER FIRST AMENDED COMPLAINT**

Plaintiff, Beverly A. Mull, by and through her attorneys, Chalmers & Nagel, P.C., and pursuant to Federal Rule of Procedure 15, move this Court for the entry of an order granting her leave to file her First Amended Complaint, and in support thereof, plaintiff states as follows:

1. On December 11, 2007, plaintiff filed a two-count complaint against defendant sounding in Title VII sexual discrimination and retaliation.

2. Defendant subsequently filed a motion to dismiss pursuant to section 12(b)(6) of the Federal Rules of Civil procedure.

3. On February 19, 2008 the Court entered a briefing schedule for defendant's aforementioned motion and plaintiff was to respond by March 17, 2007 with defendant to reply on or before March 31, 2008.

4. Plaintiff does not agree with the arguments defendant presented in support of its motion, but plaintiff believes it will be more efficient and expedient to file the proposed amended complaint attached to this motion rather than respond to these arguments.

5. Accordingly, plaintiff seeks leave of this Court to file its First Amended Complaint,

instanter.

WHEREFORE, plaintiff moves this Court for the entry of an order granting her leave to file her First Amended Complaint.

                                         Plaintiff, Beverly A. Mull,


                                       By:  s/ Stuart M. Nagel
                                             One of Her Attorneys

Stuart M. Nagel
Chalmers & Nagel, P.C.
100 West Kinzie, Suite 250
Chicago, Illinois 60610
(312) 346-0880