IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEVERLY A. MULL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6965 |
| | ) | |
| ABBOTT LABORATORIES, | ) | Judge Castillo |
| | ) | Magistrate Judge Ashman |
| Defendant. | ) | |

To:   David E. Morrison
    Kerry K. Donovan
    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
    55 East Monroe Street, Suite 3300
    Chicago, Illinois 60603

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 19, 2008, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in courtroom 2141 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** to be heard. This same attached Motion and Notice of Motion has been electronically filed with the United States District Court for Northern District of Illinois, Eastern Division, and a copy of which is served upon you.

By:   s/ Stuart M. Nagel

### CERTIFICATE OF SERVICE

I certify, under penalties provided by law pursuant to ECF and in accordance with LR 5.5, that the **Notice of Electronic Filing** and the **Plaintiff's Motion For Leave To File An Amended Complaint** will be electronically served to the above-listed parties on March 13, 2008.

By:   s/ Stuart M. Nagel

Stuart M. Nagel
Chalmers & Nagel, P.C.
100 West Kinzie, Suite 250
Chicago, Illinois 60610
(312) 346-0880
ARDC #: 6217493