Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6965 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Beverly A. Mull vs. Abbott Laboratories | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Defendant's motion to dismiss [20] is granted in part and denied in part. Plaintiff's demotion and failure-to-promote claims are dismissed with prejudice. The Court will hold a status hearing in open court on 7/17/2008 at 9:45 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 30 PM 1:23
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|