UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Beverly A. Mull

                          Plaintiff,

v.                                         Case No.: 1:07–cv–06965
                                                                  Honorable Ruben Castillo

Abbott Laboratories

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/17/2008 and continued to 9/18/2008 at 9:45 a.m. The parties are directed to proceed with all discovery. All discovery to be completed on or before 10/31/2008. Any dispositive motions to be filed on or before 12/1/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.