**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Beverly A. Mull

                    Plaintiff,

v.                                    Case No.: 1:07–cv–06965
                                                  Honorable Ruben Castillo

Abbott Laboratories

                    Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(rao, )Mailed notice.


Dated: July 17, 2008

                                                                               /s/ Ruben Castillo

                                                                   United States District Judge