IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEVERLY A. MULL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07 C 6965 |
| | ) |
| ABBOTT LABORATORIES, | ) Judge Castillo |
| | ) Magistrate Judge Ashman |
| Defendant. | ) |

### STIPULATION TO DISMISS

Plaintiff, Beverly A. Mull, and defendant, Abbott Laboratories, through their respective attorneys, stipulate to the dismissal of this matter, without prejudice and with each side to bear their own attorneys' fees and costs of said lawsuit.

Beverly A. Mull,

By: /s/ Stuart M. Nagel
One of Her Attorneys

Stuart M. Nagel
Chalmers & Nagel
100 West Kinzie, Suite 250
Chicago, Illinois 60610
Attorney No. 36311
P: (312) 346-0880
F: (312) 836-0151

Abbott Laboratories,

By: /s/
One of Its Attorneys

David E. Morrison
Kerry K. Donovan
Goldberg Kohn Bell Black Rosenbloom &
Moritz, Ltd.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
P: (312) 201-4000
F: (312) 332-2196