## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **BEVERLY A. MULL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07 C 6965** |
| | ) | |
| **ABBOTT LABORATORIES,** | ) | **Judge Castillo** |
| | ) | **Magistrate Judge Ashman** |
| **Defendant.** | ) | |

To:    **David E. Morrison**
       **Kerry K. Donovan**
       **Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.**
       **55 East Monroe Street, Suite 3300**
       **Chicago, Illinois 60603**

### NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on September 12, 2008, I electronically filed the attached **Stipulation to Dismiss** with the United States District Court Clerk for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604.  This same attached file Notice has been electronically filed with the United States District Court for Northern District of Illinois, Eastern Division, and a copy of which is served upon you.

By:   s/ Stuart M. Nagel

### CERTIFICATE OF SERVICE

I certify, under penalties provided by law pursuant to ECF and in accordance with LR 5.5, that the **Notice of Electronic Filing** and the **Stipulation to Dismiss** will be electronically served to the above-listed parties on September 12, 2008.

By:   s/ Stuart M. Nagel

Stuart M. Nagel
Chalmers & Nagel, P.C.
100 West Kinzie, Suite 250
Chicago, Illinois 60610
(312) 346-0880
ARDC #: 6217493