## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Beverly A. Mull

                        Plaintiff,

v.                                                      Case No.: 1:07–cv–06965
                                                        Honorable Ruben Castillo

Abbott Laboratories

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed without prejudice and with each side to bear their own attorneys' fees and costs pursuant to the Stipulation to Dismiss filed by the parties on 9/12/2008. Status hearing set for 9/18/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.